# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
June 18, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____VP_____
DEPUTY

United States of America
v.
NIKOLAS MICHAEL RODRIGUEZ

Case No. SA-25-MJ-936

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of May 27, 2025 in the county of BEXAR in the WESTERN District of TEXAS, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 USC 933(a)(1) | Trafficking of Firearms |
| | PENALTIES: Up to 15 Years Imprisonment, $250,000 Fine, 3 Years Supervised release, $100 Mandatory Assessment |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

DANIEL HUBER
Digitally signed by DANIEL HUBER
Date: 2025.06.17 16:15:37 -05'00'

*Complainant's signature*

DANIEL HUBER, SA ATF
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: June 18, 2025

*Judge's signature*

City and state: San Antonio, Texas    RICHARD B. FARRER, U.S. MAGISTRATE JUDGE
*Printed name and title*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Daniel Huber, being duly sworn do hereby depose and state:

1. Your Affiant is currently employed as a Special Agent with the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), where I have worked since March of 2022. Since November 2022, your affiant has participated in investigations concerning violations of Title 18 and Title 26 of the United States Code, including offenses pertaining to the illegal possession of firearms.

2. On May 27, 2025, an Undercover ATF Agent (UC) communicated over social media and text message with **Nikolas Michael RODRIGUEZ (RODRIGUEZ)**. **RODRIGUEZ** agreed to sell the UC two shotguns and a Glock pistol. On May 28, 2025, UC and **RODRIGUEZ** met at **RODRIGUEZ'** residence in San Antonio, Texas. UC purchased two shotguns and one Glock pistol in exchange for $1,450. UC verbally told **RODRIGUEZ** he intended to smuggle the firearms into Mexico. The two purchased shotguns were reported stolen in NCIC.

3. On May 29, 2025, **RODRIGUEZ** told the UC he had additional firearms for sale. On May 29, 2025, **RODRIGUEZ** sold UC three Maverick Arms shotguns in exchange for $700. All three were reported stolen in NCIC.

4. On June 3, 2025, **RODRIGUEZ** sold the UC three shotguns in exchange for $1,800. In addition, another male at **RODRIGUEZ'** residence, sold UC a Glock pistol and an AK style pistol in exchange for $1,450. The three shotguns were reported stolen in NCIC.

5. On June 11, 2025, UC and **RODRIGUEZ** continued communicating. **RODRIGUEZ** said he had additional firearms for sale. On June 12, 2025, **RODRIGUEZ** sold the UC three firearms in exchange for $2,500. During the exchange, UC again verbally told **RODRIGUEZ** he was going to smuggle the firearms into Mexico.

6. **RODRIGUEZ** sold the UC a total of 14 firearms with the belief the firearms were being smuggled into Mexico. Eight firearms were reported stolen.

7. On June 17, 2025, ATF executed a federal search warrant at **RODRIGUEZ'** residence. In the area where **RODRIGUEZ** sleeps, ATF recovered two Glock 19, 9mm pistols, serial numbers BXYD223 and CDDD291, one of which was reported stolen, a Glock Switch machine gun conversion device, and an "AR Swift Link" machine gun conversion device.

8. The firearms purchased from **RODRIGUEZ** or possessed by **RODRIGUEZ** were not manufactured in the State of Texas and therefore traveled in interstate and foreign commerce.

9. Based on the above facts, your affiant believes there is probable cause that, from May 27, 2025 to June 12, 2025, in the Western District of Texas, **Nikolas Michael RODRIGUEZ**

knowingly trafficked firearms by selling firearms with the belief the firearms would later be smuggled into Mexico in violation of 18 U.S.C. Section 933(a)(1).

DANIEL HUBER
Digitally signed by DANIEL HUBER
Date: 2025.06.17 16:15:53 -05'00'

_____
Daniel Huber
Bureau of Alcohol, Tobacco, Firearms, and Explosives

SWORN TELEPHONICALLY ON THIS  18th  DAY OF June, 2025.

_____
HONORABLE JUDGE RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE